UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

DIASCIENCE CORP. d/b/a YEHDUA
DIAMOND COMPANY and
JOHN DOES NOS. 1-10,

                     Plaintiffs,

   v.

BLUE NILE, INC.

                     Defendant.

------------------------------------------------X

No. 08-CV-9751 (NRB)

ECF CASE

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Elizabeth L. McDougall, of the firm Perkins Coie LLP, and a member in good standing of this Court, hereby enters her appearance as counsel of record on behalf of Defendant Blue Nile, Inc. in the above-captioned matter.

Dated: Seattle, Washington
         October 1, 2009

Respectfully submitted,

_____
Elizabeth L. McDougall (EM-2891)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: 206.359.6365
Fax:    206.359.7365