UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DIASCIENCE CORP. d/b/a YEHDUA
DIAMOND COMPANY and
JOHN DOES NOS. 1-10,

          Plaintiffs,

    v.

BLUE NILE, INC.

          Defendant.

------------------------------------------------------------X

No. 08-CV-9751 (NRB)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

    PLEASE TAKE NOTICE that upon the accompanying Declaration of Janet L. Cullum, the undersigned will move the District Court before the Honorable Naomi Reice Buchwald, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on December 23, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, for entry of an order in the form annexed hereto as Exhibit A, pursuant to Local Civil Rule 1.4 of the Southern District of New York, permitting Cooley Godward Kronish LLP to withdraw as counsel of record for Defendant Blue Nile, Inc.

Dated: New York, New York
       December 9, 2009

COOLEY GODWARD KRONISH LLP

By: _____
      Janet L. Cullum (JC 1925)

1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 479-6500
Fax: (212) 479-6275

*ATTORNEYS FOR BLUE NILE, INC.*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

DIASCIENCE CORP. d/b/a YEHDUA
DIAMOND COMPANY and
JOHN DOES NOS. 1-10,

          Plaintiffs,

    v.

BLUE NILE, INC.

          Defendant.

------------------------------------------------X

No. 08-CV-9751 (NRB)

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Upon the Motion (the "Motion) of Cooley Godward Kronish LLP ("Cooley Godward") for an order permitting Cooley Godward to withdraw as counsel for Defendant Blue Nile, Inc. ("Blue Nile"), the Declaration of Janet L. Cullum in Support of the Motion, and the parties in interest having received good and sufficient notice of the Motion; it is hereby

ORDERED, that pursuant to Local Civil Rule 1.4 of the Southern District of New York, the Motion of Cooley Godward to withdraw as counsel for Defendant Blue Nile is granted and Cooley Godward is no longer counsel of record for Defendant Blue Nile in this action.

Dated: New York, New York
       December ___, 2009

                                                   SO ORDERED:

                                                   _____
                                                   United States District Judge