```
------------------------------------X
DIASCIENCE CORP. d/b/a YEHDUA        :
DIAMOND COMPANY and                  :
JOHN DOES NOS. 1-10,                 :
                                     :
                 Plaintiffs,         :        No. 08-CV-9751 (NRB)
                                     :
         v.                          :        DECLARATION OF
                                     :        JANET L. CULLUM
BLUE NILE, INC.                      :
                                     :
                 Defendant.          :
                                     :
------------------------------------X
```

JANET L. CULLUM declares under penalty of perjury as follows:

1. I am a partner with Cooley Godward Kronish LLP ("Cooley Godward"). I am familiar with the facts set forth herein. I make this Declaration pursuant to Local Rule 1.4 of the Local Rules of the United States District Court of the Southern District of New York, in support of Cooley Godward's motion to withdraw as attorneys of record for Defendant Blue Nile Inc. ("Blue Nile") in the above-captioned litigation.

2. Blue Nile has engaged the law firm of Perkins Coie LLP ("Perkins Coie") to represent them in this litigation.

3. On October 6, 2009, Elizabeth L. McDougall, a partner with Perkins Coie, appeared on Blue Niles's behalf to serve as co-counsel for Blue Nile in this action.

4. Perkins Coie has agreed to represent Blue Nile going forward in all aspects of this litigation.

5. The present motion is made with the full knowledge of Blue Nile. Blue Nile fully consents to the present motion and has instructed Cooley Godward to file the present motion to withdraw as its attorney of record in this litigation.

6. Cooley Godward therefore respectfully requests that the Court enter an order

effecting its withdrawal as counsel of record for Blue Nile in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2009

_____
JANET L. CULLUM