UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DIASCIENCE CORP. dba YEHUDA ) Civil Action No. 08-CV-9751 (NRB)
DIAMOND COMPANY )
 )
              Plaintiff, ) **STIPULATION OF DISMISSAL**
 ) **WITH PREJUDICE**
              v. )
 )
BLUE NILE, INC. )
 )
             Defendant. )
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned attorneys for the respective parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned action be, and hereby is, dismissed with prejudice, and without attorneys' fees or costs to any party. The undersigned represent all the parties who have appeared in this action.

This Stipulation may be signed using one or more counterparts. The several executed copies together will be considered an original and will be binding on the parties.

Dated: January 26, 2010

PEARL COHEN ZEDEK LATZER LLP      PERKINS COIE LLP

By: _____      By: _____
Lee A. Goldberg (LG 9423)      Elizabeth L. McDougall (EM 2891)
1500 Broadway – 12th Floor      1201 Third Avenue, Suite 4800
New York, New York 10036      Seattle, Washington 98101
Phone: (646) 878-0800      (206) 359-6365
*Attorneys for Plaintiff*      *Attorneys for Defendant*

SO ORDERED:

_____
NAOMI R. BUCHWALD, U.S.D.J.